IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SÜDMO HOLDING GMBH,<br><br>Plaintiff,<br><br>v.<br><br>SPX CORPORATION and<br>SPX FLOW TECHNOLOGY<br>SYSTEMS, INC.,<br><br>Defendants. | ) | Civil Action No. 11-561-SLR |

**PLAINTIFF SÜDMO HOLDING GMBH'S**
**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS DUE TO MOOTNESS**

WHEREAS, Defendants SPX Corporation and SPX Flow Technology Systems, Inc. (collectively "SPX") have filed an Amended Answer and Counterclaims (D.I. 17), which under the Federal Rules of Civil Procedure supersedes SPX's Answer and Counterclaims, and

WHEREAS, SPX's Amended Answer and Counterclaims have thereby rendered moot Plaintiff Südmo Holding GmbH's ("Südmo") Motion to Dismiss Counterclaims and to Strike Affirmative Defenses pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) (D.I. 13),

NOW, THEREFORE, please take notice that Sudmo's Motion to Dismiss Counterclaims and to Strike Affirmative Defenses is hereby withdrawn as moot.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

---

Adam W. Poff (No. 3990)
Karen E. Keller (No. 4489)
The Brandywine Building
100 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6554
kkeller@ycst.com

*Attorneys for Plaintiff Südmo Holding GmbH*

*Of Counsel:*

Wesley W. Whitmyer, Jr.
Benjamin J. Lehberger
Gregory D. Miller
ST. ONGE STEWARD JOHNSTON
& REENS LLC
986 Bedford Street
Stamford, CT 06905
(203) 324-6155

Dated: October 19, 2011

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on October 19, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Brian E. Farnan, Esquire
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
*bfarnan@farnanlaw.com*

*Attorney for Defendants* .

I further certify that on October 19, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants:

Alan M. Fisch, Esquire
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
*afisch@kayescholer.com*

*Attorney for Defendants*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*kkeller@ycst.com*

*Attorneys for Plaintiff*